# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BIANCA BUCANO,** | : | CIVIL ACTION NO. 3:16-CV-1607 |
| | : | |
| Petitioner | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **SUPERINTENDENT SMITH**, | : | |
| | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 18th day of April, 2019, upon consideration of the report (Doc. 24) of Magistrate Judge Joseph F. Saporito, Jr., recommending that the court deny the petition (Doc. 1) for writ of habeas corpus filed by *pro se* petitioner Bianca Bucano ("Bucano"), wherein Judge Saporito opines that the various claims raised in Bucano's petition are either incognizable on federal habeas review, procedurally defaulted, or meritless, and the court noting that Bucano has filed objections (Doc. 32) to the report,[1] FED. R. CIV. P. 72(b), and following *de novo* review of the contested portions of the report, see E.E.O.C. v. City of Long Branch, 866 F.3d 93, 99 (3d Cir. 2017) (quoting 28 U.S.C. § 636(b)(1)), and affording "reasoned consideration" to the uncontested portions, see id. (quoting Henderson v. Carlson, 812 F.2d 874, 878 (3d

---

[1] Bucano initially failed to file objections, and we entered an order (Doc. 25) adopting Judge Saporito's report and recommendation on November 19, 2018. On November 29, 2018, Bucano moved for reconsideration of that order, averring that she had not received a copy of the report and recommendation in the first instance. (See Doc. 26). We vacated our initial order, reopened Judge Saporito's report and recommendation, and granted Bucano an additional period of 20 days in which to file objections. (See Doc. 28).

Cir. 1987)), the court finding Judge Saporito's extensive analysis to be thorough, well-reasoned, and fully supported by the record and decisional law, and finding Bucano's objections to be without merit for all of the reasons articulated in Judge Saporito's report, it is hereby ORDERED that:

1. The report (Doc. 24) of Magistrate Judge Saporito is ADOPTED.

2. Bucano's petition (Doc. 1) for writ of habeas corpus is DENIED.

3. The court finds no basis to issue a certificate of appealability. See 28 U.S.C. § 2253(c); see also 28 U.S.C. § 2254 Rule 11(a).

4. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania